■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS BROWN, Appellant. [736 NYS2d 898] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered June 7, 2001, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, Acting P.J., Feuerstein, O'Brien, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TITO DIAZ, Respondent. [736 NYS2d 899] —Appeal by the People from an order of the Supreme Court, Kings County (Feldman, J.), dated January 18, 2001, which granted that branch of the defendant's omnibus motion which was to suppress his statements to law enforcement officials.

Ordered that the order is affirmed.

The People have the initial burden of establishing that the defendant voluntarily, knowingly, and intelligently waived his *Miranda* rights. (*see, Miranda v Arizona,* 384 US 486; *People v Anderson,* 42 NY2d 35, 38; *cf., People v Zephir,* 226 AD2d 408; *People v Smith,* 220 AD2d 704). In light of the totality of the circumstances, we agree with the hearing court that the People failed to satisfy their burden. Goldstein, J.P., McGinity, Luciano and Crane, JJ., concur.